V. P. MASON, INC., et al. v. AETNA INSURANCE COMPANY et al.— Motion by V. P. MASON, INC., to dismiss appeal of Gramercy Construction Corp. granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

JOAN McCRAIN et al. v. CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

FLORENCE SERIO, as Administratrix of the Estate of GEORGE N. SERIO, Deceased, v. FLORIN REALTY CORP.— Motion granted insofar as to permit the appeal to be heard on the original record to be settled by the Trial Justice, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for defendant-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. The order of this court, entered February 18, 1960, is modified accordingly. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.